UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>JNZ INSURANCE SERVICES, INC.,<br>NICHOLAS O'CONNOR,<br>GAMBALE INSURANCE GROUP, INC.,<br>MISAEL MATOS,<br>NATALIE DELLA AGENCY LLC,<br>ANA MERCEDES SANTOS,<br>PREMIER MARKETING,<br>SERVICES OF FLORIDA LLC,<br>and JOHN DOE I-X,<br><br>Defendants. | Case No.<br>District Court Judge<br>Magistrate Judge |


| | |
|---|---|
| Mark W. Dobronski<br>P.O. Box 99<br>Dexter, MI 48130<br><br>*Plaintiff* | Joseph N. Tucker (P81807)<br>Dinsmore & Shohl LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Phone: (502) 540-2360<br>Joseph.tucker@dinsmore.com<br><br>And<br><br>Karen S. Hockstad (P47409)<br>Dinsmore & Shohl LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Karen.hockstad@dinsmore.com |

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

**DEFENDANT JNZ INSURANCE SERVICES, INC.'S NOTICE OF REMOVAL**

Defendant JNZ Insurance Services, Inc., ("JNZ") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

## A. PROCEDURAL BACKGROUND

1. On or about September 14, 2026, Plaintiff Mark W. Dobronski ("Plaintiff") filed the Complaint in the Circuit Court for the 22nd Judicial Circuit, Washtenaw County, Michigan, Case No. 26-001890-NZ the ("State Court Action") alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*., the Michigan Home Solicitation Sales Act ("MHSSA"), M.C.L. § 445.111, *et seq*., and the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059, *et seq*. against Defendants Allstate Insurance Company ("Allstate"), JNZ Insurance Services, Inc. ("JNZ"), Nicholas O'Connor ("Mr. O'Connor"), Gambale Insurance Group, Inc. ("Gambale"), Misael Matos ("Mr. Matos"), Natalie Della Agency LLC ("NDA"), Ana Mercedes Santos ("Ms. Santos"), Premier Marketing Services of Florida LLC ("Premier"), and John Doe I-X.

2. JNZ was served with Plaintiff's Complaint on or about September 15, 2026. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## B. GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court, Eastern District of Michigan has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States—the TCPA—and may be removed to this Court by JNZ pursuant to the provisions of 28 U.S.C. § 1446(b). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the TCPA. Thus, removal is proper because Plaintiff's claims present federal questions.

4. This Court has supplemental jurisdiction over the state law claims asserted in the Complaint under 28 U.S.C. § 1367 because Plaintiff's MHSSA and FTSA claims "share[] a common nucleus of operative facts with a claim that invokes the court's original jurisdiction." *Simmons v. Cty. of Wayne*, Civil Action No. 22-11953, 2022 U.S. Dist. LEXIS 238282, at *9 (E.D. Mich. Sep. 23, 2022) (citing *United Mine Workers v. Gibbs*, 383 U.S. 715, 86 S. Ct. 1130 (1966)). Plaintiff's MHSSA and FTSA claims form part of the same case or controversy, as contemplated by 28 U.S.C. § 1367, as Plaintiff's TCPA claims. Therefore, Plaintiff's Florida and Michigan law claims are removable pursuant to 28 U.S.C. § 1441.

## C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Eastern District of Michigan, Southern Division because it is in the district and division embracing the place where the state court action is pending.

6. In accordance with 28 U.S.C. § 1446(a), a copy of the docket sheet, all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon JNZ are attached hereto as **Exhibit A**.

7. All Co-Defendants who have been served — Allstate, Mr. O'Connor, Gambale, Mr. Matos, and Premier — consent to this removal. (*See* **Exhibit B**).

8. Upon information and belief, the other Co-Defendants in this matter— NDA and Ms. Santos — have confirmed that they have not been served and, therefore, their consent is not required.

9. The consent of the unnamed John Doe I-X Co-Defendants is likewise not required, as defendants sued under fictious names are disregarded for purposes of removal. *See* 28 U.S.C. § 1441(b)(1).

10. Promptly after the filing of this Notice of Removal, JNZ shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal in the Circuit Court for 22nd Judicial Circuit, Washtenaw County as required by 28 U.S.C. § 1446(d).

WHEREFORE, JNZ requests that the above-described action be removed to this Court. Respectfully submitted this 13 day of October 2026.

Date: October 13, 2026

Respectfully submitted,

*/s/ Karen S. Hockstad*
Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com
*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>JNZ INSURANCE SERVICES, INC.,<br>NICHOLAS O'CONNOR,<br>GAMBALE INSURANCE GROUP, INC.,<br>MISAEL MATOS,<br>NATALIE DELLA AGENCY LLC,<br>ANA MERCEDES SANTOS,<br>PREMIER MARKETING, SERVICES OF FLORIDA LLC,<br>and JOHN DOE I-X,<br><br>Defendants. | Case No.<br>District Court Judge<br>Magistrate Judge |
| Mark W. Dobronski<br>P.O. Box 99<br>Dexter, MI 48130<br><br>*Plaintiff* | Joseph N. Tucker (P81807)<br>Dinsmore & Shohl LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Phone: (502) 540-2360<br>Joseph.tucker@dinsmore.com<br><br>And<br><br>Karen S. Hockstad (P47409)<br>Dinsmore & Shohl LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Karen.hockstad@dinsmore.com |

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and served the same to the following by U.S. Mail on:

Mark W. Dobronski
P.O. Box 99
Dexter, MI 48130
*Pro Se Plaintiff*

I declare the foregoing is true to the best of my information, knowledge, and belief.

Date: October 13, 2026

Respectfully submitted,

*/s/ Karen S. Hockstad*
Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com
*Attorneys for Defendant*
*JNZ Insurance Services Inc.*