# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>JNZ INSURANCE SERVICES, INC.,<br>NICHOLAS O'CONNOR,<br>GAMBALE INSURANCE GROUP, INC.,<br>MISAEL MATOS,<br>NATALIE DELLA AGENCY LLC,<br>ANA MERCEDES SANTOS,<br>PREMIER MARKETING,<br>SERVICES OF FLORIDA LLC,<br>and JOHN DOE I-X,<br><br>Defendants. | Case No.<br>District Court Judge<br>Magistrate Judge |


| | |
|---|---|
| Mark W. Dobronski<br>P.O. Box 99<br>Dexter, MI 48130<br><br>*Plaintiff* | Joseph N. Tucker (P81807)<br>Dinsmore & Shohl LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Phone: (502) 540-2360<br>Joseph.tucker@dinsmore.com<br><br>And<br><br>Karen S. Hockstad (P47409)<br>Dinsmore & Shohl LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Karen.hockstad@dinsmore.com |

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

**NOTICE OF CONSENT**

Without waiving any rights or defenses, Defendant Allstate Insurance Company acknowledges its consent to removal of *Mark W. Dobronski v. Allstate Insurance Company, et al.*, from the Washtenaw Circuit Court, Michigan to the United States District Court for the Eastern District of Michigan.

*/s/*
*Counsel for Allstate Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>JNZ INSURANCE SERVICES, INC.,<br>NICHOLAS O'CONNOR,<br>GAMBALE INSURANCE GROUP, INC.,<br>MISAEL MATOS,<br>NATALIE DELLA AGENCY LLC,<br>ANA MERCEDES SANTOS,<br>PREMIER MARKETING,<br>SERVICES OF FLORIDA LLC,<br>and JOHN DOE I-X,<br><br>Defendants. | Case No.<br>District Court Judge<br>Magistrate Judge |


| | |
|---|---|
| Mark W. Dobronski<br>P.O. Box 99<br>Dexter, MI 48130<br><br>*Plaintiff* | Joseph N. Tucker (P81807)<br>Dinsmore & Shohl LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Phone: (502) 540-2360<br>Joseph.tucker@dinsmore.com<br><br>And<br><br>Karen S. Hockstad (P47409)<br>Dinsmore & Shohl LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Karen.hockstad@dinsmore.com |

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

## NOTICE OF CONSENT

Without waiving any rights or defenses, Defendant Nicholas O'Connor acknowledges his consent to removal of *Mark W. Dobronski v. Allstate Insurance Company, et al.*, from the Washtenaw Circuit Court, Michigan to the United States District Court for the Eastern District of Michigan.

*/s/ Karen Hockstad*
Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com
*Counsel for Nicholas O'Connor*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>JNZ INSURANCE SERVICES, INC.,<br>NICHOLAS O'CONNOR,<br>GAMBALE INSURANCE GROUP, INC.,<br>MISAEL MATOS,<br>NATALIE DELLA AGENCY LLC,<br>ANA MERCEDES SANTOS,<br>PREMIER MARKETING,<br>SERVICES OF FLORIDA LLC,<br>and JOHN DOE I-X,<br><br>Defendants. | Case No.<br>District Court Judge<br>Magistrate Judge |


| | |
|---|---|
| Mark W. Dobronski<br>P.O. Box 99<br>Dexter, MI 48130<br><br>*Plaintiff* | Joseph N. Tucker (P81807)<br>Dinsmore & Shohl LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Phone: (502) 540-2360<br>Joseph.tucker@dinsmore.com<br><br>And<br><br>Karen S. Hockstad (P47409)<br>Dinsmore & Shohl LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Karen.hockstad@dinsmore.com |

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

**NOTICE OF CONSENT**

Without waiving any rights or defenses, Defendant Gambale Insurance Group, Inc. acknowledges its consent to removal of *Mark W. Dobronski v. Allstate Insurance Company, et al.*, from the Washtenaw Circuit Court, Michigan to the United States District Court for the Eastern District of Michigan.

/s/
*Counsel for Gambale Insurance Group, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
JNZ INSURANCE SERVICES, INC.,
NICHOLAS O'CONNOR,
GAMBALE INSURANCE GROUP, INC.,
MISAEL MATOS,
NATALIE DELLA AGENCY LLC,
ANA MERCEDES SANTOS,
PREMIER MARKETING,
SERVICES OF FLORIDA LLC,
and JOHN DOE I-X,

Defendants.

Case No.
District Court Judge
Magistrate Judge

---

Mark W. Dobronski
P.O. Box 99
Dexter, MI 48130

*Plaintiff*

Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

## NOTICE OF CONSENT

Without waiving any rights or defenses, Defendant Misael Matos acknowledges his consent to removal of *Mark W. Dobronski v. Allstate Insurance Company, et al.*, from the Washtenaw Circuit Court, Michigan to the United States District Court for the Eastern District of Michigan.

*/s/* ______________________
*Counsel for Misael Matos*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
JNZ INSURANCE SERVICES, INC.,
NICHOLAS O'CONNOR,
GAMBALE INSURANCE GROUP, INC.,
MISAEL MATOS,
NATALIE DELLA AGENCY LLC,
ANA MERCEDES SANTOS,
PREMIER MARKETING,
SERVICES OF FLORIDA LLC,
and JOHN DOE I-X,

Defendants.

Case No.
District Court Judge
Magistrate Judge

---

Mark W. Dobronski
P.O. Box 99
Dexter, MI 48130

*Plaintiff*

Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com

*Attorneys for Defendant*
*JNZ Insurance Services Inc.*

**NOTICE OF CONSENT**

Without waiving any rights or defenses, Defendant Premier Marketing Services of Florida LLC acknowledges its consent to removal of *Mark W. Dobronski v. Allstate Insurance Company, et al.*, from the Washtenaw Circuit Court, Michigan to the United States District Court for the Eastern District of Michigan.

/s/ Ramon Triana
*Representative of Premier Marketing Services of Florida LLC*