UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark W. Dobronski,

Plaintiff(s),

v.

Allstate Insurance Company, et al.

Defendant(s).
_______________________________/

Case No. 2:26-cv-13879-MFL-CI
HONORABLE Matthew F. Leitman
MAGISTRATE Curtis Ivy, Jr

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:
Allstate Insurance Company (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: ____________ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of ______________________.

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☑ This party is a corporation incorporated in the State of Illinois and with a principal place of business in the State of Illinois.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

______________________________

______________________________

______________________________

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

______________________________

______________________________

______________________________

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.

☒ This party has one or more parent entities.

If so, identify all parent entities.

______________________________

Allstate Insurance Company is an Illinois corporation and a wholly-owned subsidiary of Allstate Insurance Holdings, LLC. Allstate Insurance Holdings, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of the Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

☐ This party has one or more affiliates.

If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

Signature: */s/ Matthew Policastro*
Printed Name: Matthew F. Policastro
Bar Number: P85330
Firm Name: Cozen O'Connor
Address: 123 North Wacker Drive, Suite 1800
City, State, Zip Code: Chicago, IL 60606
Phone/Fax: (312) 382-3100 / (312) 706-9745
Email Address: mpolicastro@cozen.com

Date: 10-21-2026