UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark W. Dobronski,

Plaintiff(s),

Case No. 2:26-cv-13879
HONORABLE Matthew F. Leitman

v.

Allstate Insurance Company, et al.,

Defendant(s).
/

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:
GAMBALE INSURANCE GROUP, INC. (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: ______________ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of ________________________.

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☒ This party is a corporation incorporated in the State of Florida __________ and with a principal place of business in the State of Florida __________.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

________________________________________

________________________________________

________________________________________

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

________________________________________

________________________________________

________________________________________

## PART II – FINANCIAL AFFILIATIONS

☒ None of the entries below applies to this party.

☐ This party has one or more parent entities.

If so, identify all parent entities.

________________________________________

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

☐ This party has one or more affiliates.

If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

Signature: /s/ Brandon T. Goldstein
Printed Name: Brandon T. Goldstein
Bar Number: P86448
Firm Name: The Miller Law Firm, P.C.
Address: 950 W. University Drive, Suite 300
City, State, Zip Code: Rochester, MI 48307
Phone/Fax: (248) 841-2200 / (248) 652-2852
Email Address: btg@millerlawpc.com

Date: October 21, 2026