**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et. al.<br><br>Defendants. | Case No. 2:26-cv-13879<br>District Judge Matthew F. Leitman<br>Magistrate Judge Curtis Ivy, Jr. |

Mark W. Dobronski
P.O. Box 99
Dexter, MI 48130

*Plaintiff*

Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com
*Attorneys for Defendants*
*JNZ Insurance Services Inc. and*
*Nicholas Connor*

**DEFENDANT NICHOLAS O'CONNOR'S STATEMENT OF DISCLOSURE OF FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:

Nicholas O'Connor, who is a Defendant makes the following disclosure:

**PART I – CITIZENSHIP**

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☒ This party is an individual who is a citizen of the State of Florida.

☐ This party is a corporation incorporated in the State of __________________________ and with a principal place of business in the State of ________________________.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

☐ This party is a trust. If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

**PART II – FINANCIAL AFFILIATIONS**

☒ None of the entries below applies to this party.

☐ This party has one or more parent entities.

If so, identify all parent entities.

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

☐ This party has one or more affiliates.

If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation. If so, identify each such entity's financial interest in the litigation.

Date: October 21, 2026

Respectfully submitted,

*/s/ Karen Hockstad*
Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com
*Attorneys for Defendant*
*JNZ Insurance Services Inc. and*
*Nicholas Connor*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK W. DOBRONSKI,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
JNZ INSURANCE SERVICES, INC.,
NICHOLAS O'CONNOR,
GAMBALE INSURANCE GROUP, INC.,
MISAEL MATOS,
NATALIE DELLA AGENCY LLC,
ANA MERCEDES SANTOS,
PREMIER MARKETING,
SERVICES OF FLORIDA LLC,
and JOHN DOE I-X,

Defendants.

Case No. 2:26-cv-13879
District Judge Matthew F. Leitman
Magistrate Judge Curtis Ivy, Jr.

---

Mark W. Dobronski
P.O. Box 99
Dexter, MI 48130

*Plaintiff*

Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com

---

*Attorneys for Defendants*
*JNZ Insurance Services Inc. and*
*Nicholas Connor*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and served the same to the following by U.S. Mail on:

Mark W. Dobronski
P.O. Box 99
Dexter, MI 48130
*Pro Se Plaintiff*

I declare the foregoing is true to the best of my information, knowledge, and belief.

Date: October 21, 2026

Respectfully submitted,

*/s/ Karen Hockstad*
Joseph N. Tucker (P81807)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2360
Joseph.tucker@dinsmore.com

And

Karen S. Hockstad (P47409)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd, Suite 200
Columbus, OH 43215
Karen.hockstad@dinsmore.com
*Attorneys for Defendants*
*JNZ Insurance Services Inc. and*
Nicholas Connor