UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

Case No. 26-cv-13879
Hon. Matthew F. Leitman

v.

ALLSTATE INSURANCE CO., *et al.*,

Defendants.

______________________________________________________________/

**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**

On September 14, 2026, Plaintiff Mark Dobronski filed this action against Defendant JNZ Insurance Services, Inc. and others in the Wayne County Circuit Court. (*See* Compl., ECF No. 1-1.) In his Complaint, Dobronski alleges that the Defendants violated the Telephone Consumer Protection Act, the Michigan Home Solicitation Sales Act, and the Florida Telephone Solicitation Act. (*See id.*) JNZ Insurance thereafter removed Dobrosnki's action to this Court. (*See* Notice of Removal, ECF No. 1.) JNZ Insurance and Defendant Nicholas O'Conner have now filed a motion to dismiss the claims brought against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Mot. to Dismiss, ECF No. 7.) Defendant Allstate Insurance Company has also filed a motion to dismiss pursuant to Rule 12(b)(6). (*See* Mot. to Dismiss, ECF No. 10.) One of the bases that these

Defendants have raised for dismissal is that Dobronski has failed to plead sufficient facts in support of at least some of his claims. (*See* Mots., ECF Nos. 7, 10.)

Without expressing any view regarding the merits of the motions to dismiss, the Court will grant Dobronski the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by the Defendants in the motions to dismiss. The Court does not anticipate allowing Dobronski another opportunity to amend to add factual allegations that he could now include in a First Amended Complaint. Simply put, this is Dobronski's opportunity to allege any and all additional facts, currently known to him, that may cure the alleged deficiencies in his claims.

By **November 9, 2026**, Dobronski shall file a notice on the docket in this action notifying the Court and the Defendants whether he will be filing a First Amended Complaint. If Dobronski provides notice that he will be filing a First Amended Complaint, he shall file that amended pleading by no later than **November 23, 2026**. If Dobronski provides notice that he will not be filing a First Amended Complaint, he shall file a response to the pending motions to dismiss by no later than **November 23, 2026**.

Finally, if Dobronski provides notice that he will be filing an amended pleading, the Court will terminate the Defendants' motions to dismiss without prejudice as moot. Defendants may re-file motions to dismiss directed at the First

Amended Complaint if Defendants believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126