UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark W. Dobronksi,

Plaintiff(s),

Case No. 2:26-cv-13879
HONORABLE Matthew F. Leitman

v.

Natalie Della Agency LLC, et. al.,

Defendant(s).
_______________________________/

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:
Natalie Della Agency LLC (party name),

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT ☐ OTHER: ____________ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of ______________________.

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐ This party is a corporation incorporated in the State of ________________________ and with a principal place of business in the State of ______________________.

☑ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

This company is a single-member limited liability company. The sole member of the company is Natalie Delluniversita, a Florida citizen.

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

## PART II – FINANCIAL AFFILIATIONS

☑ None of the entries below applies to this party.

☐ This party has one or more parent entities.

If so, identify all parent entities.

______________________________________________

______________________________________________

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

______________________________________________

______________________________________________

______________________________________________

☐ This party has one or more affiliates.

If so, identify all affiliates.

______________________________________________

______________________________________________

______________________________________________

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

______________________________________________

______________________________________________

______________________________________________

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

______________________________________________

______________________________________________

Signature: /s/ Taylor L. Ester
Printed Name: Taylor L. Ester
Bar Number: P85649
Firm Name: The Miller Law Firm
Address: 950 W. University Dr.
City, State, Zip Code: Rochester, MI 48307
Phone/Fax: (248) 841-2200
Email Address: tle@millerlawpc.com

Date: October 29, 2026

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

Case No. 2:26-cv-13879
District Judge Matthew F. Leitman
Magistrate Judge Curtis Ivy, Jr

v.

ALLSTATE INSURANCE COMPANY; JNZ INSURANCE SERVICES INC.; NICHOLAS O'CONNOR; GAMBALE INSURANCE GROUP, INC.; MISAEL MATOS; NATALIE DELLA AGENCY LLC; ANA MERCEDES SANTOS; PREMIER MARKETING SERVICES OF FLORIDA LLC; and JOHN DOE I-X,

Defendants.

---

**PROOF OF SERVICE**

The Undersigned certifies that on October 29, 2026, she filed the Statement of Disclosure of Citizenship and Financial Affiliations with the Clerk of the Court using the CM/ECF system.

Counsel of record not registered to receive filings via the Court's CM/ECF system was served by first-class US Mail at their address of record as follows:

Mark W. Dobronski
Post Office Box 99
Dexter, Michigan 48130-0099

Respectfully Submitted,
**THE MILLER LAW FIRM, P.C.**

/s/ *Taylor L. Ester*

Taylor L. Ester (P85649)
Devon P. Allard (P71712)
950 W. University, Ste. 300
Rochester, MI 48307
(248) 841-2200
dpa@millerlawpc.com
tle@millerlawpc.com

*Attorneys for Defendants Gambale Insurance Group, Inc. Misael Matos, and Natalie Della Agency LLC*