UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

Case No. 26-cv-13879
Hon. Matthew F. Leitman

v.

ALLSTATE INSURANCE CO., *et al.*,

Defendants.

______________________________________/

**ORDER TERMINATING DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 7, 10) WITHOUT PREJUDICE**

On September 14, 2026, Plaintiff Mark Dobronski filed this action against Defendant JNZ Insurance Services, Inc. and others in the Wayne County Circuit Court. (*See* Compl., ECF No. 1-1.) In his Complaint, Dobronski alleges that the Defendants violated the Telephone Consumer Protection Act, the Michigan Home Solicitation Sales Act, and the Florida Telephone Solicitation Act. (*See id.*) JNZ Insurance thereafter removed Dobrosnki's action to this Court. (*See* Notice of Removal, ECF No. 1.) JNZ Insurance and Defendant Nicholas O'Conner then filed a motion to dismiss the claims brought against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (*See* Mot. to Dismiss, ECF No. 7.) Defendant Allstate Insurance Company also filed a motion to dismiss pursuant to Rule 12(b)(6). (*See* Mot. to Dismiss, ECF No. 10.)

On October 26, 2026, without expressing any view regarding the merits of the motions to dismiss, the Court granted Dobronski the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by the Defendants in the motions to dismiss. (*See* Order, ECF No. 17.) The Court then informed the parties that if Dobronski provided notice that he would be filing an amended pleading, the Court would terminate the Defendants' motions to dismiss without prejudice as moot. (*See id.*)

On October 27, 2026, Dobronski filed a notice that he intended to file a First Amended Complaint. (*See* Notice, ECF No. 18.) And on November 21, 2026, Dobronski filed such an amended pleading. (*See* First Am. Compl., ECF No. 24.) Thus, based on the filing of Dobronski's First Amended Complaint, the Court will **TERMINATE** Defendants' pending motions to dismiss (ECF Nos. 7, 10) **WITHOUT PREJUDICE** as moot. Defendants may re-file a motion to dismiss directed at the First Amended Complaint if Defendants believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126